```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


PAUL D. CALDWELL,         )
#261005,                  )
                          )
     Plaintiff,           )
                          )    CIVIL ACTION NO.
     v.                   )     2:11cv975-MHT
                          )         (WO)
GOVERNOR ROBERT BENTLEY,  )
et al.,                   )
                          )
     Defendants.          )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 53) is adopted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of March, 2015.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE